# United States District Court
## For The Western District of North Carolina

FILED
IN COURT
ASHEVILLE, N. C.

SEP 0 6 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES OF AMERICA

V.

CHRISTOPHER THOMAS BROWN

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:05mj18

Garland Franklin Byers, Jr.
Defendant's Attorney

**THE DEFENDANT:**

SEE ATTACHED JUDGMENT DATED APRIL 11, 2005

**IMPOSITION OF SENTENCE:**

**SEPTEMBER 06, 2005 - RECALLED** - for probation revocation hearing. The Court after hearing the evidence revokes the probationary judgment and enters the following:
That the defendant be imprisoned for FORTY FIVE (45) DAYS. Defendant to be given credit for time served.
Defendant to reimburse the U. S. for court appointed counsel fees.
Defendant to have blood test within FIFTEEN (15) DAYS and the results to be provided to the probation officer.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: September 06, 2005

Signature of Judicial Officer

Date: Sept du 6, 2005

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal